214 So.2d 549

**Paul F. O'BRIEN**

v.

**A. N. LEGETTE et al.**

No. 49432.

Oct. 15, 1968.

In re: Paul F. O'Brien applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of Livingston. 211 So.2d 427.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

214 So.2d 549

**Joseph Andrew BIENVENU et al.**

v.

**Robert ANGELLE.**

No. 49427.

Oct. 15, 1968.

In re: Joseph Andrew Bienvenu et al. applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 211 So.2d 395.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.